IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>77,922 ARTICLES OF CLOTHING, MORE OR LESS,<br><br>      Defendant.<br>_____/ | No. C 12-02103 CW<br><br>ORDER RE DEFAULT |

Default having been entered by the Clerk on July 10, 2012,

IT IS HEREBY ORDERED that Plaintiff shall file a motion for default judgment within 30 days from the date of this order, and upon filing of motion for default judgment, said motion will be referred to a Magistrate Judge, pursuant to Civ. L.R. 72-1, to be heard and considered at the convenience of his/her calendar. The Magistrate Judge shall prepare findings and recommendation on the motion.

Dated: 7/17/2012

CLAUDIA WILKEN
United States District Judge