IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,

  v.

77,922 ARTICLES OF CLOTHING, MORE OR LESS,

      Defendant.

_____/

No. C 12-02103 CW

ORDER RE DEFAULT

    Default having been entered by the Clerk on July 10, 2012,

    IT IS HEREBY ORDERED that Plaintiff shall file a motion for default judgment within 30 days from the date of this order, and upon filing of motion for default judgment, said motion will be referred to a Magistrate Judge, pursuant to Civ. L.R. 72-1, to be heard and considered at the convenience of his/her calendar.  The Magistrate Judge shall prepare findings and recommendation on the motion.

Dated: 7/17/2012

CLAUDIA WILKEN
United States District Judge

United States District Court
For the Northern District of California