```
 1  MELINDA HAAG (CSBN 132612)
    United States Attorney
 2
    MIRANDA KANE (CSBN 150630)
 3  Chief, Criminal Division

 4  DAVID B. COUNTRYMAN (CSBN 226995)
    Assistant United States Attorney
 5
        450 Golden Gate Avenue, Box 36055
 6      San Francisco, California 94102-3495
        Telephone:  415.436.7303
 7      Facsimile:   415.436.7234
        E-mail: david.countryman@usdoj.gov
 8
    Attorneys for the United States of America
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> 77,922 ARTICLES OF CLOTHING, MORE ) <br> OR LESS, ) <br> ) <br> ) <br> Defendant. ) <br> ) | No. CV 12-2103 CW <br><br> [PROPOSED] DEFAULT JUDGMENT |

**UPON CONSIDERATION** of the unopposed motion of the United States for a default judgment and the entire record, and based on the findings that (1) the United States provided proper notice by serving parties known to have an interest and by publication as required by Rule 6-1, Local Admiralty Rules, (2) the time for filing a claim and answer has expired and (3) no one has appeared to defend by filing a timely claim and answer, it is by the Court on this ___ day of _____, 2012,

ORDERED, ADJUDGED AND DECREED that a default judgment be, and hereby is, entered for the United States against (1) 77,922 Articles of Clothing, More or less and it is;

1    FURTHER ORDERED that the above-captioned and listed defendant be, and hereby is,
2 condemned and forfeited to the United States, pursuant to 19 U.S.C. § 1595a, and that all right,
3 title and interest in said property be and hereby is vested in the United States of America;
4 and it is;
5    FURTHER ORDERED that the appropriate government agency shall, in accordance with
6 law, dispose of the forfeited defendant.

_____
HONORABLE CLAUDIA WILKEN
United States District Judge

Default Judgment
CV 12-2103 CW                             2